Case 05CR2137LAB/CALIFORNIA

*29 may 2014*

14 JUN 25  AM 8: 27

IN THE UNITED STATES DISTRICT COURT

CLERK  U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SOUTHERN DISTRICT

*ow*    DEPUTY

PLAINTIFF                          UNITED STATES OF AMERICA

DEFENDANT                          RANDALL HAROLD CUNNINGHAM

NUNC PRO TUNC

JUN 1 8 2014

MOTTION FOR EARLY TERMINATION OF

SUPERVISED RELEASE


Comes now, Defendant, Randall Harold Cunningham, and moves this Honorable Court to terminate the

Defendant's supervised release.  In support thereof, the Defendant states:


1.   The defendant was sentenced to one hundred months (100) in prison followed by three (3) years
     of supervised release.
2.   The Defendant completed his term of imprisonment and entered the Little Rock, Ar. Halfway
     House, 12-05-2012.
3.   The Defendant was released from custody at the half way house and placed in Home
     Confinement at his brothers home, Robert Cunningham at, 11700 Shady Creek Dr., Little Rock Ar.
     72211.
4.   18 USC Sec. 3583€(1) authorizes the termination of supervised release at any time after the
     expiration of one year of supervised release which will be 04 June 2014.
5.   The Defendant believes that his probation officer will concur that the following facts apply to the
     Defendant.


(a) All debts are taken from the Defendants Government pay checks and the Defendant has
    never missed payment since incarcerated. All IRA/ restitution issues have been researched
    and cleared by the Probation Department. The IRS currently takes out $23,000 from
    TSP/year, and $3000/month from my civil retirement/month.
(b) The Defendant volunteers his time and money to the Collings Foundation which fly's vintage
    aircraft around the Nation fostering Patriotism, Christian Values and a love of flying called,
    Wings of Freedom.  Release from probation would allow me to participate fully in the
    program. My probation officer, Joel Humphrey, fully supports this program and my
    participation. (Collingsfoundation.com)
(c) The Defendant would ask Your Honor to contact the enclosed list of BOP Officers that
    support his request to terminate probation.
(d) The Defendant has no record of substance abuse.

(e)  The Defendant has had no arrest or convictions for any criminal acts.

(f)  The Defendant is an active member of the Hot Springs Bible Church and Bible Study group.

(g)  The Defendant is a Volunteer Fireman at his local fire department and trains eight hours / week for on call assignment/ Fire Chief, Seibert. ( a good gopher) .

(h)  The Defendant has purchased a modest home and is actively involved in community affairs.

(i)  The Defendant is a member of the Military Order of Purple hearts and is on the board which reaches out to needy military families in Ar.

(j)  The Defendant is 80% Military Combat disabled but still has dedicated his life to helping others.

WHEREFORE, it is respectfully prayed that this Court bill terminate the Defendant's supervised release.

Respectfully submitted:

Randall Harold Cunningham, 94405-198

67 Alicante Way, Hot Springs Village, Ar. 71909

(501) 297-4066

PRIVATE LETTER TO THE HONORABLE JUDGE LARRY BURNS

FROM: Randall Cunningham, 94405198

SUBJECT: EARLY RELEASE FROM PROBATION


YOUR HONOR, IT HAS BEEN A LONG TIME AND FEW DAYS WHERE I DO NOT REFLECT ON MY ACTIONS THAT BROUGHT SO MUCH HURT TO SO MANY PEOPLE THAT HAD PLACED THEIR TRUST IN ME. GOD FORGAVE DAVID AND I KNOW HE HAS FORGIVEN ME, HOWEVER THE REST OF MY LIFE WILL BE DEDICATED TO HELPING OTHERS. OFTEN I HAVE TO TRAVEL OUT OF GARLAND COUNTY AND OFFICER JOEL HUMPHREY, MY PROBATION OFFICER, HAS BEEN HELPFUL IN MEETING DEMANDS THAT TAKE ME ON SCHEDULED EVENTS WITH THE SEVERAL VOLUNTEER GROUPS OUT SIDE THE COUNTY. HE IS SUPPORTIVE OF EARLY RELEASE AND HIS NAME AND PHONE NUMBER ENCLOSED. RECENTLY A TORNADO HIT ARKANSAS NEAR LITTLE ROCK AND THE FIRE DEPARTMENT THAT I VOLUNTEER WITH HELPED BUT I COULD NOT GET PERMISSION IN TIME TO GO AND SUPPORT THE TEAM.

DURING MY PRISON TIME IN BOTH BUTNER AND TUCSON I RECEIVED OUTSTANDING REVIEWS. DURING THE MANY YEARS TEACHING GED TO STUDENTS, MANY OF WHICH HAD SEVERE LEARNING DISABILITIES, I FAILED TO PASS AND GAIN THEIR HIGH SCHOOL DEGREE TO ONLY THREE STUDENTS. MANY OF THESE MEN HAD NEVER HAD A POSITIVE EVENT IN THEIR ENTIRE LIFE AND TO SEE THE SMILE ON THEIR FACES AND THEIR FAMILIES WOULD BRING JOY TO ANY ONE.

YOUR HONOR, NOT ONE NEGATIVE REPORT, OUTSTANDING REVIEWS, HUNDREDS OF VOLUNTEER HOURS HELPING OTHER INMATES AND TRYING TO MAKE UP FOR WHAT I HAD DONE CAN BE WITNESSED BY THE MANY BOP OFFICERS LISTED IN THIS DOCUMENT.

ALL PAYMENT DUE ARE TAKEN DIRECTLY FROM MY RETIREMENT CHECKS INCLUDING THE IRS. ALL HAVE BEEN REVIEWED BY THE PROBATION DEPARTMENT AND CAN BE CHECKED WITH OFFICER JOEL HUMPHREY, NUMBERS ENCLOSED.

YOUR HONOR, I PRAY THAT MY DECEMBER OF LIVE WILL ALLOW ME TO BE FREE TO REACH OUT AND HELP OTHERS WITHOUT RESTRICTION. I AM LIMITED BY DISABILITIES BUT DO ALL THAT I CAN. I HAVE LIVED THE PAST TEN YEARS AS THE MAN I THOUGHT I WAS, BUT WENT ASTRAY. I RESPECTFULLY REQUEST THAT PROBATION BE TERMINATED.

RANDALL H. CUNNINGHAM

THE FOLLOWING LIST OF BOP OFFICERS THAT SUPPORT EARLY RELEASE FROM PROBATION:

THE FOLLOWING OFFICERS CAN BE REACHED AT THE FEDERAL CORRECTIONS COMPLEX, 9300 S. WILMONT RD., TUCSON, AZ. 85756.  CENTRAL PHONE: 520-663-5000.

OFFICER DAVID HARTLEY,   PHONE, 520-574-6490

OFFICER BOB WRIGHT, MY COUNCILOR .

OFFICER        WRIGHT, SAFETY OFFICER AND MY BOSS WHILE VOLUNTEERING AT STORE.

MS. GONZALES, EDUCATION SUPERVISOR AND MY BOSS FOR FOUR YEARS TEACHING GED.

PROBATION OFFICER, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF ARKANSAS, 101 RESERVE STREET, RM. 101, HOT SPRINGS ARKANSAS, 71901. OFFICER JOEL HUMPHREY, DIRECT PHONE, 501-651-7305.

RANDALL HAROLD CUNNINGHAM 94405-198          Current probation office

# VILLAGE BIBLE CHURCH

### 100 Ponderosa Way • Hot Springs Village, AR 71909

Dr. Mark D. Cain
Senior Pastor

Rev. Mike Kelly
Executive Pastor

Rev. Levan Hubbard
Pastor, Worship and Care

May 27, 2014

To the Honorable Judge Larry Burns,

In recent months the family of Village Bible Church has enjoyed getting to know Mr. Randy Cunningham as a regular attendee of our services, and various activities. He is a professing Christian and has given his personal testimony to those in the Men's ministry. As our friendship grows, I believe that "Duke" is someone who desires to live a life pleasing to his Lord with the remainder of his days. In the coming years, Village Bible Church is committed to Duke's ongoing spiritual development and transition back into a loving community. I too have taken a personal interest in Duke. We continue to meet together regularly as friends to discuss life and interests. I am confident that his current upward trajectory toward a quality life with family and friends will continue.

The primary purpose of my writing is to humbly request that you carefully consider releasing Duke from probation so that he can once again have the freedom he desires. I do not believe your trust will be misplaced with such action. Duke is an honorable man who served each of us in his defense of our country and freedoms. His body bears the scars of his courageous service and gives pause to the notion of a second chance. If I can be of further assistance in this matter, please feel free to contact me at your convenience (501.984.1511).

Respectfully,

Mike Kelly
Executive Pastor



Major General Bill B. Lefler
DDS, FACP, USA (Retired)
10 Cordoba Way
Hot Springs Village, AR
71909-4050

Honorable Judge Larry Burns
United States District Court
Southern District, California

May 21, 2014

Dear Judge Burns,

The purpose of this letter is to ask you to consider termination of the probation of Randall Cunningham.

I have known Randy "Duke" Cunningham since 1990 when we were both serving on active duty in the United States Military. His military service record speaks for itself. Randy made some serious mistakes serving as a member of Congress and he has repented and paid his debt to society.

He recently moved to Hot Springs Village, Arkansas, where I live and we have reacquainted ourselves. He has joined our community and has dedicated himself to serving others in need. He belongs to our Village Bible Church and is an avid Christian. He trains with the fire department twice a month for four hours and in on call for service. He now serves as an example for youth volunteering to speak on his military experience and experience in Congress both positive and negative.

Randy Cunningham is an asset to our community and has made a positive return to society. Please terminate his probation. I trust him completely. He will not disappoint you.

Sincerely,

Bill B. Lefler, DDS, FACP, Major General, USA (Ret)



Military Order of the Purple Heart
Chapter   0783
Hot Springs Village, Arkansas

TO:   The Honorable Judge Burns
         Southern District
From: Commander, Chapter 783
         Military Order of the Purple Heart
Ref:   Randall Cunningham

Date:  May 15, 2014

Your Honor:

I feel compelled to provide a character referral for Mr. Cunningham. I have not known Mr. Cunningham that long, but I do have a pretty good feel for his character. On our first meeting, he was very upfront about his past problems. His first concern was to not harm our organization. He has been active and supportive of our organization's goals towards supporting Veteran's needs. He has already volunteered for extra details. I have offered him additional duties that his background would be invaluable for. He presently says he wants to maintain a low profile but is willing he says in the future to make himself available to help us. He has proven himself to be dependable and loyal. I am looking forward to using his skills and knowledge to help advance and improve our organization in the Village. He will also be welcomed as a Comrade in Arms who can help other Veterans and not just in our organization. I hope you will assist Mr. Cunningham in getting his life back in order. We will be here for him to assist in any way possible.

*James R. Grant*

James R. Grant

# LIONS CLUBS INTERNATIONAL



make your fellow man feel needed

Founder, Julien C. Hyer
Lions International
Youth Camp
International Ambassador
of Good Will
Melvin Jones Fellow

Surry G. Shaffer Jr.
28 Fonsagrada Way
Hot Springs Village, AR 71909
Telephone (501) 922-6909
Fax (501) 922-9645
E-mail: dori@hsnp.com

Past District Governor
District - 2-X1 (76-77)

May 16, 2014

Hon. Judge Larry Burns
District Court Southern Region
US Court House 940 Front Street
San Diego, California 92101-8900

Re: Randall H. (Duke) Cunningham

Dear Judge Burns;

It is my Pleasure, Privilege and Honor to present this letter of Recommendation for you to
release the above Randall H. (Duke) Cunningham from Probation at the earliest allowable date.

My request is based upon the following reasons:

1. He has not only verbally expressed his remorse for his wrongdoings in the past, but his
   actions have given good evidence of his sincerity of his remorse.
2. He has dedicated his life to Jesus Christ with his time, effort and money. He not only is a
   regular church attendant, but is an active worker.
3. He places others ahead of himself rendering aid, comfort and relief to both strangers and
   friends when needed. He takes his Christian belief and practice very serious allowing his
   actions to speak louder than words.
4. His services in the community, church and organizations are exemplary and have many
   look to him for leadership, guidance and advice. Some are as follows:
   A. Volunteer Fireman involving extensive training in rescue from fires, auto
      accidents, falls, many accidents, tornados and others.
   B. Military Order of the Purple Heart ~~active member assumed position of
      responsibility and leadership. Duke serves on various committees offering aid,
      comfort and relief to Veteran's wives/widows and their children.
      My being the Founder and first Commander of this "MOPH" Chapter, I am in a
      position to help and monitor his participation and activities.
   C. Participates, including speaking, in patriotic programs promoting USA. He is an
      active member of the VFW.
   D. A very active supporter of the Collings Foundation—a Charitable Christion
      Foundation. He gives much of his time, effort and money to both Youth and the
      needy.
      (1) Transporting the sick, disable
      (2) Teaching the Youth aeronautics, including flying.

(3) Answers the call of Veterans, Youth, Handicapped and others in the name of Jesus Christ and Christianity. He spends most of the summertime in this service to the Foundation. As an "Ace Pilot" of the Vietnam War, he attracts "many" more persons to serve all in the name of Jesus Christ and Christianity.

E. Supporter and Active in "The Boy Scouts of America" (BSA)

Judge Burns, I hope this letter provides you with enough information for you to release "Duke" from Probation and justifies your granting same.

If you have any questions or wish to discuss this matter, please call me at 1 501 922 6909, I am retired, living in a Senior Citizen Village and would welcome your call.

Yours Truly,

Surry G. Shaffer, Jr.

April 15, 2014


William R. Boesch
The Gulf House
9560 West Gulf Blvd
Treasure Island, FL 33706


The Honorable Judge Larry Burns
US Courthouse
940f Front Street
San Diego, Ca. 92101-8900


Dear Sir

I have known Randy Cunningham for over 20 years.  I have found him to be remorseful for his illegal actions and accepted his punishment.  I know he wants to live the rest of his life in an honest manner, be a model to his community and a credit to his Navy carrier and to most of his congressional activities for the US Government.

Mr. Cunningham served the US valiantly while in the Navy and risked his life countless times in hostile actions to protect the interests of the US.  He was a model aviator, but understands this added to the seriousness of his discretion while a congressman.  For this he is even more remorseful.

I know this as Mr. Cunningham lived with me about 3 months before his incarceration and he told me his feelings many times.  I have enough experience (see my CV enclosed) to know when a person is merely saying something for the effect rather than deeply feeling it and being honest.  I also communicated with Mr. Cunningham throughout his incarceration and know this life attitude became even more entranced.

In closing, Mr. Cunningham accepted his punishment and deeply regrets his illegal actions not just because they were wrong, but also because of the secondary effects to the country for which he has risked his life to protect.


Respectfully;

William R. Boesch

June 12, 2006


To Whom It May Concern:


Randall Cunningham started working for me in the Recreation
Department about three months ago.  Normally I do not write
evaluations for inmates, but in his case, exemplary working
and leadership skills should be recognized.  Being a high
profile inmate did not deter Mr. Cunningham from approaching
every task in a responsible and professional manner.  He is a
person that follows the rules and insists that others around
him do likewise.  His easy going personality has made him
respected by both staff and inmates.  He is a natural leader,
and is sought out on a regular basis for his knowledge on a
variety of issues.  He is respected for his military
accomplishments, but ever more for his willingness to help
others from varied educational and ethnic backgrounds.  Not
very often do we see a person of Mr. Cunningham's caliber
with such an outstanding attitude and work ethic.  It is with
the highest personal and professional recommendation that I
write this evaluation.


Sincerely,


M. Crawford
Recreation Specialist
Federal Bureau of Prisons
Low Security Correctional Institution
P.O. Box 999
Butner, NC  27509

# Certificate of Appreciation

## Education Department

### GED & Adult Continuing Education

# Randall Cunningham

*Tutor*

*FCC Tucson*

*August 15, 2011*



T. Amico, SOE



